KATHERINE FRASCELLA et al., Respondents, v HAMBURG CENTRAL SCHOOL DISTRICT et al., Appellants. [972 NYS2d 139]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered November 19, 2012. The order denied the motion of defendants to dismiss plaintiffs' second cause of action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.

In the Matter of CHRISTINA A. AGOLA, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [971 NYS2d 908]—Order of suspension entered pursuant to 22 NYCRR 1022.20 (e). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Sept. 10, 2013.)

In the Matter of MIRANDA L. HUNTER, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [972 NYS2d 139]—Order of suspension entered. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Sept. 11, 2013.)

In the Matter of THOMAS A. DOWNEY, an Attorney, Resignor. [972 NYS2d 140]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Aug. 22, 2013.)

In the Matter of BENJAMIN NATHAN HATFIELD, an Attorney, Resignor. [973 NYS2d 80]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Aug. 27, 2013.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD GLOSS, Appellant. [972 NYS2d 141]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto, Sconiers and Whalen, JJ.